Memorandum Decisions.

CHARLES DENG et al. v. THE BOARD OF COUNTY COM-
MISSIONERS OF THE COUNTY OF SCOTT et al.

No. 15,802.   (95 Pac. 592.)

Error from Scott district court; CHARLES E. LOB-
DELL, judge.   Opinion filed April 11, 1908.   Reversed.

D. A. Banta, and William Osmond, for plaintiffs in
error.

J. S. Simmons, for defendants in error.

Per Curiam: This case involves the constitutionality of chap-
ter 368 of the Laws of 1907, entitled "An act providing for a
special tax levy for the construction and equipment of a county
high-school building for Scott county, Kansas." The act is spe-
cial, and under the authority of the case of Anderson v. Cloud
County, ante, p. 721, is held to be repugnant to the provisions of
section 17 of article 2 of the constitution (Laws 1905, ch. 543),
and therefore void, for the reason that a general law could
plainly be made applicable.

The judgment is reversed and the cause remanded for further
proceedings.